STATE EX REL. ATTORNEY GENERAL, Petitioner, vs. NAME-
  KAGON HYDRO COMPANY, Respondent.
SAME, Petitioner, vs. WINTER ELECTRIC LIGHT & POWER
  COMPANY, Respondent.

*April 11—May 6, 1952.*

The *Attorney General* and *Roy G. Tulane,* assistant at-
torney general, for the petitioner.

*Glen H. Bell* and *Charles P. Seibold,* both of Madison, and
*Douglas & Omernik* of Spooner, for the respondents.

PER CURIAM: The petition of the state in the two above-
named causes asking leave of this court to commence original
actions for injunctions against the construction of hydro-
electric power dams in the Namekagon and Chippewa rivers
is denied. This denial is in accord with the position stated
by the attorney general in his brief, that the proposed origi-
nal actions are unnecessary if this court should determine
that administrative review is available to the parties in the
cases of *Luening v. Public Service Comm.,* ante, p. 516, 53
N. W. (2d) 525, and *Muench v. Public Service Comm.,*
ante, p. 492, 53 N. W. (2d) 514, which cases involve the
same two proposed dams which are described in the state's
petition herein. In our decisions in said two cases we have
held that administrative review is available to the parties.